**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

──────────

**No. 99-6515**

──────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES BERNARD LOWERY,

Defendant - Appellant.

──────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-93-37-P, CA-99-73-P)

──────────

Submitted: June 17, 1999          Decided: June 23, 1999

──────────

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

──────────

Affirmed by unpublished per curiam opinion.

──────────

James Bernard Lowery, Appellant Pro Se. Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

──────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Bernard Lowery appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See United States v. Lowery, Nos. CR-93-37-P; CA-99-73-P (W.D.N.C. Mar. 5, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2